The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ASA HARRIS,<br>　　　　　Defendant. | Case No.: CR18-131 RAJ<br><br>ORDER GRANTING MOTION TO WITHDRAW AND ORDERING APPOINTMENT OF NEW COUNSEL FOR ASA HARRIS |

THIS MATTER comes before the Court on defense counsel's motion to withdraw from representation of Mr. Harris and motion for appointment of new counsel.

Having considered the representations made in the motion, THIS COURT FINDS that Ms. Horwitz's prior representation of a co-defendant in this case creates a possible conflict of interest in her representation of Mr. Harris and is good cause to allow her to withdraw from the representation.

NOW, THEREFORE, IT IS HEREBY ORDERED that defense counsel's motion (Dkt. #359) is GRANTED. Jennifer Horwitz is permitted to withdraw from her representation of Mr. Harris in this case.

///

///

ORDER ON MOTION TO WITHDRAW AND
MOTION FOR APPOINTMENT OF NEW COUNSEL
FOR ASA HARRIS - 1

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797

IT IS FURTHER ORDERED that new counsel shall be appointed to represent Mr. Harris in this case.

DATED this 14th day of August, 2018.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ON MOTION TO WITHDRAW AND
MOTION FOR APPOINTMENT OF NEW COUNSEL
FOR ASA HARRIS - 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA 98127
(206) 799-2797