Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   v.<br><br>ASA HARRIS,<br><br>          Defendant. | No. CR18-131RAJ<br><br>ORDER DENYING DEFENDANT'S MOTION FOR TEMPORARY RELEASE |

THIS MATTER comes before the Court on Defendant Asa Harris' Motion for Temporary Release. The Court, having considered the motion, the Government's opposition, the Defendant's reply, and the files and pleadings herein, and being fully advised,

IT IS ORDERED that Defendant Asa Harris' Motion for Temporary Release (Dkt. #379) is DENIED.

DATED this 23rd day of August, 2018.

_____
The Honorable Richard A. Jones
United States District Judge